UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
F I L E D
FEB 17 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 3:22-CR-3-GFVT

UNITED STATES OF AMERICA                                        PLAINTIFF

V.          MOTION OF UNITED STATES
            FOR ISSUANCE OF ARREST WARRANT

DAVID ALLEN KIPER                                               DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **DAVID ALLEN KIPER**, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: _____
Erin Roth
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4872
FAX (859) 233-2747
Erin.Roth@usdoj.gov