UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
FEB 17 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 3:22-CR-3-GFVT

UNITED STATES OF AMERICA      PLAINTIFF

V.     **ORDER FOR ISSUANCE OF ARREST WARRANT**

DAVID ALLEN KIPER      DEFENDANT

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of an arrest warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, **DAVID ALLEN KIPER**

On this 17th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:    United States Marshal
United States Probation
Erin Roth, Assistant United States Attorney