UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CNETRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 3:22-cr-00003-GFVT-MAS |
| V. | ) | |
| DAVID ALLEN KIPER, | ) | **ORDER** |
| Defendant. | ) | |

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. [R. 27.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *Id.* at 3. The Defendant has not objected and the time to do so has passed.

Upon review, the Court is satisfied that Defendant Kiper knowingly and competently pled guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea [R. 27] is **ADOPTED** as and for the Opinion of the Court;

2. Defendant David Kiper is **ADJUDGED** guilty of Count One (1) of the Indictment;

3. Mr. Kiper is **ADJUDGED** to **FORFEIT** his interest in (1) Apple iPhone 11 Model #A2111, Serial ##F4KD33HEN72J, IMEI #356803110295547, and all software and peripherals contained on or associated with the listed phone;

4. A Sentencing Order shall be entered promptly.

This the 16th day of August, 2022.

Gregory F. Van Tatenhove
United States District Judge